# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEENAN MCINTOSH, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:20-1957 |
| v. | ) |
| | ) |
| JOHN E. WETZEL Secretary of Corrections, et al., | ) Electronically Filed |
| | ) |
| Defendants. | ) |

## ORDER

And now, this 11th day of March 2024, for the reasons stated in the Memorandum Opinion issued on this date, it is hereby ORDERED that the Motion for Summary Judgment (ECF No. 106) filed by Defendants is granted in part and denied in part.

Defendants' Motion is DENIED only with respect to the portion of Plaintiff's Eighth Amendment claim against Superintendent Smith, Captain Lewis, Deputy Superintendent B.J. Salamon, Lt. Detwiler, Sgt. Rieg, C.O. Stivison, C.O. Hershberger and C.O. Miller that relates to the conditions of his confinement while housed in cell 1007.

Defendants' Motion is GRANTED with respect to all other claims asserted by Plaintiff in this action.

BY THE COURT:

/s/ Patricia L Dodge
PATRICIA L. DODGE
United States Magistrate Judge